IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00865-BNB-CBS

GREG LECHMAN,

Plaintiff,

v.

EAST CHERRY CREEK VALLEY WATER & SANITATION DISTRICT,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Defendant's Unopposed Motion for Entry of Judgment for Costs** [docket no. 44, filed July 14, 2008] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED. The costs hearing set for July 15, 2008, is VACATED. A judgment for costs will be forthcoming.


DATED: July 14, 2008